FILED

2020 MAR 12  PM 2: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 00138 - FMO |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Heroin and Possession with Intent to Distribute Heroin; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii): Possession with Intent to Distribute Methamphetamine] |
| BRAD ARAGON, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about August 14, 2018, in Los Angeles County, within the Central District of California, defendant BRAD ARAGON knowingly and intentionally distributed heroin, a Schedule I narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 19, 2019, in Los Angeles County, within the Central District of California, defendant BRAD ARAGON knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

1

COUNT THREE

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

3       On or about January 19, 2019, in Los Angeles County, within the

4    Central District of California, defendant BRAD ARAGON knowingly and

5    intentionally possessed with intent to distribute at least five

6    grams, that is, approximately 6.5 grams, of methamphetamine, a

7    Schedule II controlled substance.

8

9                                         A TRUE BILL

10

11                                        /S/

12                                        _____
                                          Foreperson

13   NICOLA T. HANNA
     United States Attorney
14

     BRANDON D. FOX
15   Assistant United States Attorney
     Chief, Criminal Division
16

17

18   SCOTT M. GARRINGER
     Assistant United States Attorney
19   Deputy Chief, Criminal Division

20   SHAWN J. NELSON
     Assistant United States Attorney
21   Acting Deputy Chief
     General Crimes Section
22

23   JULIA S. CHOE
     Assistant United States Attorney
     General Crimes Section
24

25

26

27

28

3